NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Judi.Harper@usdoj.gov
Assistant United States Attorney
310 West Sixth Street
Medford, Oregon  97501
Telephone:  (541) 776-3564
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>$16,481.00 U.S. CURRENCY, *in rem*,<br><br>     Defendant. | 6:22-mc-791<br><br>**UNOPPOSED MOTION TO EXTEND 90-DAY PERIOD PURSUANT TO<br>18 U.S.C. § 983(a)(3)(A)** |

Pursuant to Local Rule 7-1, counsel for the United States certifies that I have contacted Joshua Gibbs, attorney for claimant Harvey Caron, who concurs with this extension.

On May 13, 2022, Harvey Caron filed a claim in a non-judicial civil forfeiture proceeding by U.S. Customs and Border Protection to $16,481.00 U.S. Currency seized from Harvey Caron on or about August 25, 2021.

No other person filed a claim in the administrative forfeiture proceeding.

As provided in 18 U.S.C. § 983(a)(3)(A), the United States and Harvey Caron, agree to extend the time in which the United States will file a complaint for forfeiture against the

$16,481.00 or to obtain an indictment alleging that the assets are subject to forfeiture. Harvey Caron agrees that the deadline by which the United States shall be required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture shall be extended to Monday, September 12, 2022.

Harvey Caron agrees that until the United States files a complaint for forfeiture against the assets and/or obtains an indictment alleging that the assets are subject to forfeiture, or until September 12, 2022, or until the parties reach a settlement regarding the property, whichever occurs first, the property shall remain in the custody of the United States and Harvey Caron shall not seek its return for any reason in any manner.

DATED:  **August 11, 2022**                                              Respectfully submitted,

                                                                                                 NATALIE K. WIGHT
                                                                                                 United States Attorney

                                                                                                 s/ *Judith R. Harper*
                                                                                                 **JUDITH R. HARPER**
                                                                                                 Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that I have made service of the foregoing Motion to Extend 90-Day Period and a proposed Order on the party herein by sending via email on August 11, 2022 to:

Joshua Gibbs
Josh@JoshGibbsLaw.com
  Attorney for claimant Harvey Caron

                                                  s/ *Dawn Susuico*
                                                  DAWN SUSUICO
                                                  Paralegal